RECEIVED
IN LAKE CHARLES, LA.

FEB 24 2012

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RENILDO MIGUEL ABREU** | : | **DOCKET NO. 2:10 CV1736** |
| **VS.** | : | **JUDGE MINALDI** |
| **GEORGE H. LUND, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law, it is

ORDERED that the respondent's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that the petition for writ of *habeas corpus* is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 23 day of February 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE